STATE OF CONNECTICUT *v.* JOHN CIMINO

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*George Papazoglou,* in support of the defendant's petition.

*Guy W. Wolf III,* in support of the state's petition.

Submitted August 23—decided September 22, 1976

WARREN R. SMITH ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF NORWALK ET AL.

The petition by the defendant state of Connecticut for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Victor Feingold,* assistant attorney general, in support of the petition.

*Robert A. Slavitt,* in opposition.

Submitted August 30—decided September 22, 1976

STATE OF CONNECTICUT *v.* JOSEPH AUCLAIR

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Alphonse DiBenedetto,* in support of the petition.